# PD-0557-15

No.: ————————————

* IN THE TEXAS COURT OF CRIMINAL APPEALS *

JASON JACKSON V. STATE OF TEXAS

NO.: 14-14-00150-CR

FOURTEENTH COURT OF APPEALS

* * *

NO.: 1333636

176th DISTRICT COURT
HARRIS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE A PRO SE PETITION FOR DISCRETIONARY REVIEW

COMES NOW, Jason Jackson, TDCJ-ID #1940366, Appellant in the above styled and numbered cause, and files this Motion For Extension Of Time To File A Pro Se Petition For Discretionary Review, and request that this Court will GRANT this motion and Appellant shows good grounds as follows:

01. The Fourteenth Court of Appeals handed down its Opinion and Judgement in Jason Jackson v. State of Texas, No. 14-14-00150-CR, an appeal from the 176th District Court of Harris County, Texas, on April 16, 2015.

02. Pursuant to the Rules of the Texas Rules of Appellate Procedure,

- 1 -

a Petition For Discretionary Review from said Judgement would be due to be filed in the Texas Court of Criminal Appeals on or before ~~Due Date~~, 2015.

03. Appellant, Pro Se, submits that ther are issues decided in that case which are appropriatefor conSideration by this Court in a Petition For Discretionary Review. Appellant has not and will not be able to devote the time necessary to fully research and present his argument by the aforesaid date:

> a) Appellant is an inmate in the Texas Department of Criminal Justice, confined at the Coffield Unit in Tennessee Colony, Texas. Appellant is now Pro Se.

> b) Appellant learned of the Fourteenth Court of Appeals decision on or about April 23, 2015.

> c) As of April 27, 2015, the Coffield Unit has gone on a biannual "lock-down" for a search of inmate's property for contraband. The Appellant's access to the Unit Law Library is restricted during this "lock-down". The Appellant believes that the "lock-down" will last until about May 20, 2015, or so thereabout.

> d) Due to the sensitive and complex issue(s), and the circumstaces of the unit "lock-down", which is beyoand the Appellant's control, the Appellant is seeking a sixty (60) day extention of time, extending from the time that the petition would be due at this time.

- 2 -

e) Appellant does wish to continue his appeal Pro Se.

f) Appellant, through no fault of his own, has not had sufficent time to prepare his Pro Se petition for review.

04. This extension is sought solely that Appellant may properly research and present his argument to this Court, and not for the purpose of delaying the determination of the case.

WHEREFORE, Appellant prays the Court GRANT him an extension of time, until June 29, 2015, in which to file his Petition For Discretionary Review in this case.

Respectfully submitted,

Jason Jackson #1940366
Appellant - Pro Se
Coffield Unit
2661 FM 2054
Tenn. Col., TX    75884

INMATE DECLARATION

I, Jason Jackson #1940366, being incarcerated in the Coffield Unit of TDCJ-ID in Anderson County, Texas, do declare under the penalty of purjury that the foregoing is true and correct to the best of my knowledge.

Executed this 01st day of May, 2015.

Jason Jackson
Appellant - Pro Se

- 3 -

# PD-0557-15

No.: _____

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

* IN THE TEXAS COURT OF CRIMINAL APPEALS *

JASON JACKSON V. STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

MOTION TO FILE A SINGLE COPY

NOW COMES, Jason Jackson #1940366, Appellant in the above styled cause, and files this Motion To File A Single Copy and shows this Court good cause to GRANT this motion as follows:

1. The Appellant is currently incarcerated in the Coffield Unit of TDCJ-ID and is not able to provide copies because Appellant does not have access to a copy machine; and

2. The Appellant is Pro Se, without an attorney to provide any copies to this Court.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court will GRANT this Motion To File A Single Copy and have the Clerk of the Court to make copies to go to the required parties.

Respectfully submitted,

Jason Jackson, Pro Se

INMATE DECLARATION

I, Jason Jackson #1940366, being incarcerated in the Coffield Unit of TDCJ-ID in Anderson County, Texas, do declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Execued this 01st day of May, 2015.

Jason Jackson #1940366
Appellant - Pro Se
Coffield Unit
2661 FM 2054
Tenn. Col., TX    75884